# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 2:22-CR-00018-03** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **MIKAH DEMORAES (03)** | : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION ON FELONY

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge on September 28, 2022, at which time the defendant expressed a desire to waive his right to plead guilty before a District Judge and enter into a plea before the U. S. Magistrate Judge. Defendant indicated on the record his desire to consent to proceed before the undersigned and executed a waiver. Defendant was at all times represented by counsel, Dwazendra J. Smith.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, that his guilty plea to Count One of the Indictment is fully supported by the written factual basis acknowledged by defendant orally in court and by his signature on the written document. This factual basis supports each essential element of the offense to which the defendant pled.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, MIKAH DEMORAES, and that he be finally adjudged guilty of the offense charged in Count One of the Indictment.

Sentencing is set for January 19, 2023, at 1:30 p.m., before the Honorable James David Cain, Jr. in Lake Charles, Louisiana.

THUS DONE AND SIGNED in Chambers this 28th day of September, 2022.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE